UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | }{ | |
| | }{ | |
| vs. | }{ | NO. DR-24-CR-02255 (08) AM |
| | }{ | |
| Jose Rivera | }{ | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Defendant in the above referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

- Defendant has received a copy of the Indictment or Information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto and his/her Constitutional rights, after being advised of all the above by his/her attorney.

- Defendant understands he/she has the right to appear personally, with his/her attorney, before a Judge for arraignment, in open court, on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty." The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

**Effective December 1, 2002, the Local Criminal Rules were revised to indicate that a defendant must file any pretrial motions (citing legal authority and providing a proposed order) within ten (10) days after the arraignment, or if the defendant waives arraignment, within ten (10) days after the latest scheduled arraignment date.** (*see Local Criminal Rules CR-12 and CR-47) unless otherwise ordered by the Court.*

Date: 05/20/25

X Jose Rivera
**Defendant**

Robert Garza
Attorney-at-Law
2116 Veterans Blvd., Ste. 5
Del Rio, Texas 78840
Tel. No. (830) 775 - 6762
Fax. No. (830) 774 - 5178
Cell No. (830) 719 - 3557
E-Mail: robert.garza@outlook.com

/s/ Robert Garza
ROBERT GARZA
SBN 07742800

**ATTORNEY FOR DEFENDANT**

Pursuant to the Standing Order Adopting CJA Plan dated January 4, 2011, all waivers or motions to continue must be communicated to the appropriate courtroom deputy no later than 3:00 p.m. on the work day prior to the scheduled hearing and must be followed by an appropriately filed document.